**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Angelo ATONDO,**
**Defendant–Appellant.**

**No. 12–10137.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 6, 2013.

Mark S. Kokanovich, Howard David Sukenic, Esq., Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Michael Angelo Atondo, Chandler, AZ, pro se.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

## MEMORANDUM **

Michael Angelo Atondo appeals from the district court's judgment and challenges his jury-trial conviction and 96–month sentence for conspiracy to commit importation of marijuana, in violation of 21 U.S.C. §§ 846, 952(a), 960(a)(1), and 960(b)(2)(G); and conspiracy to possess with intent to distribute and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), and

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Atondo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Atondo has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

